UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALL PATRICE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-2870** |
| **CAROLYN W. COLVIN,**<br>**COMMISSIONER OF SOCIAL SECURITY** | **SECTION: "I" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision denying Kendall Patrice Williams's claim for Disability Insurance Benefits is **AFFIRMED.**

New Orleans, Louisiana, this 3rd day of March, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**